**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **HERBERT FLEMING,** | : |
| **Plaintiff,** | : |
| vs. | : CIVIL ACTION 10-0533-CG-M |
| **ALABAMA DEPARTMENT OF CORRECTIONS, et al.,** | : |
| **Defendants.** | : |

**JUDGMENT**

It is **ORDERED, ADJUDGED**, and **DECREED** that this action be and is hereby **DISMISSED** without prejudice.

**DONE and ORDERED** this 3rd day of January, 2011.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE